1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9
10

| | |
|---|---|
| LORI BELTRAN, BRITTANY MATUS, PRESTON MEISNER, PAUL BLUMBERG, and MARK MEHRING on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS MEDICAL CENTER OF MODESTO, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 2:23-cv-01670-KJM-CKD<br><br>**ORDER GRANTING DEFENDANTS TENET HEALTHCARE CORPORATION AND DOCTORS MEDICAL CENTER OF MODESTO'S DEADLINE TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY 14 DAYS**<br><br>Filing Date:           July 24, 2023 |

On September 29, 2023, Plaintiffs Lori Beltran, Brittany Matus, Preston Meisner, Paul Blumberg, and Mark Mehring (collectively ("Plaintiffs")) and Defendants Tenet Healthcare Corporation (erroneously sued as "Tenet Health") and Doctors Medical Center of Modesto (collectively, "Tenet Defendants") filed their Stipulation Extending Tenet Defendants' Deadline to Respond to Plaintiff's Initial Complaint By 14 Days.  ECF No. 19.

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Tenet Defendants' last day to file their pleading(s) in response to the Complaint is extended to October 18, 2023.

IT IS SO ORDERED.

Dated:  October 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE