GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice forthcoming*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-4622
Facsimile:   (415) 801-7389

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BELTRAN, BRITTANY MATUS, PRESTON MEISNER, PAUL BLUMBERG, and MARK MEHRING on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS MEDICAL CENTER OF MODESTO, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 2:23-cv-01670-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S UNOPPOSED MOTION TO SEVER AND TRANSFER CLAIMS AGAINST META PLATFORMS, INC. TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Action Filed:  August 10, 2023<br><br>Honorable Troy L. Nunley |

On October 3, 2023, Defendant Meta Platforms, Inc. ("Meta") filed an Unopposed Motion to Sever and Transfer the Claims Against Meta Platforms, Inc. to the Northern District of California, so that they may be related to *In re Meta Pixel Healthcare Litigation*, Case No. 3:22-cv-03580-WHO (N.D. Cal. June 17, 2022).  The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

Plaintiffs' claims against Meta in this action are hereby severed and transferred to the Northern District of California.  Plaintiffs' remaining claims against Doctors Medical Center of Modesto and Tenet Healthcare Corporation shall not be transferred.

IT IS SO ORDERED.

Dated: October 12, 2023

Troy L. Nunley
United States District Judge