# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BELTRAN, BRITTANY MATUS, PRESTON MEISNER, PAUL BLUMBERG, and MARK MEHRING on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>DOCTORS MEDICAL CENTER OF MODESTO, TENET HEALTH, and META PLATFORMS, INC.,<br><br>                    Defendants. | Case No.: 2:23-cv-01670-TLN-CKD<br><br>**ORDER GRANTING STIPULATION STAYING DEADLINES PENDING DECISION ON DEFENDANTS' ANTICIPATED MOTION FOR CONSOLIDATION**<br><br>Complaint Filing Date: August 10, 2023<br>Current Motion To Dismiss Response Date: November 15, 2023<br>Current Deadline To File Joint Proposed Case Schedule: November 15, 2023 |

On November 8, 2023, Plaintiffs Lori Beltran, Brittany Matus, Preston Meisner, Paul Blumberg, and Mark Mehring ("Plaintiffs") and Defendants Doctors Medical Center of Modesto and Tenet Healthcare Corporation erroneously sued as Tenet Health (collectively, "Defendants") filed their Stipulation Staying Deadlines Pending Decision on Defendants' Anticipated Motion for Consolidation (ECF 34).

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

    **1.** Plaintiffs' deadline to respond to the Motion to dismiss shall be stayed pending a decision on Defendants' anticipated motion for consolidation. Should this Court deny consolidation, and/or a consolidated complaint is not necessitated by the Court's order, Plaintiffs shall file their opposition to the pending Motion to Dismiss within 14 days of the Court's order, with Defendants' reply due 14 days thereafter.

    2. The Parties' deadline to file a joint proposed case schedule shall be stayed pending a decision on Defendants' anticipated motion for consolidation.  Should this Court deny consolidation, the Parties shall file a joint proposed schedule within 21 days of the Court's order.

IT IS SO ORDERED.

Dated: November 13, 2023

Troy L. Nunley
United States District Judge