

United States District Court
Eastern District of California

| LORI BELTRAN, et al. |
|---|

Plaintiff(s)

Case Number:  | 2:23-cv-01670-DC-CKD |

V.

| Doctors Medical Center of Modesto, et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mark H. Jensen

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Lori Beltran, Brittany Matus, and Mark Mehring

On _____04/01/2022_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of New Jersey_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____05/21/2026_____

Signature of Applicant: /s/ _____Mark H. Jensen_____

**Pro Hac Vice Attorney**

Applicant's Name:    Mark H. Jensen

Law Firm Name:    Levi & Korsinsky LLP

Address:    33 Whitehall Street, 27th Floor

City:    New York    State:    NY    Zip:    10004

Phone Number w/Area Code:    (212) 363-7500

City and State of Residence:    Corona, NY

Primary E-mail Address:    mjensen@zlk.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:    Todd M. Friedman

Law Firm Name:    Law Offices of Todd Friedman

Address:    23586 Calabasas Road, Suite 105

City:    Calabasas    State:    CA    Zip:    91302

Phone Number w/Area Code:    (323) 306-4234    Bar #    216752

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  June 9, 2026

Dena Coggins
United States District Judge